# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| WILLIAM LUKE ECKARD | : | CASE NO. 08-62626 |
| VICKI LYNN ECKARD | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | ORDER CONFIRMING PLAN |

*************************************************************************************

The Chapter 13 AMENDED plan in this case filed as attached came on for confirmation at a hearing before the Court. Based upon the papers filed in this case, information presented by the Standing Chapter 13 Trustee (the "Trustee") and such other matters, if any, presented by the debtor (or debtors in a joint case) (the "Debtor"), Debtor's counsel, any objections or any other interested party, the Court finds that:

1. Notice of the confirmation hearing was duly given.

2. The Plan complies with applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code").

**IT IS THEREFORE ORDERED THAT:**

1. The Plan is confirmed in all respects not contrary to prior or subsequent orders of the Court.

2. The Debtor shall not incur additional debt exceeding $500.00 in the aggregate without notice to the Trustee and the approval of the Court.

3. The Debtor shall not transfer any interest in real property without the Court's approval.

4. All property of the estate scheduled in accordance with Bankruptcy Rule 1007(h), vest in the debtor(s) pursuant to 11 USC Section 1327(b). All property of the estate that is not properly scheduled or any property that is acquired subsequent to the filing of the petition does not vest to the debtor(s) and remains property of the estate unless Court ordered.

5. The attorney for the Debtor is allowed a total fee of **$1,500.00** of which **$0.00** has been paid. The balance will be paid pursuant to the Court's administrative order regarding Attorney fees.

/s/ Russ Kendig
United States Bankruptcy Judge

APPROVED:
Toby L. Rosen, Chapter 13 Trustee

**Service List**

WILLIAM LUKE and VICKI LYNN ECKARD
3531 DAPPLEGRAY ST
CANTON, OH 44709

MILLER & HORNBROOK
1400 MARKET AVE N
CANTON, OH 44714

FIRSTMERIT MORTGAGE CORP
C/O AMY M BLYTHE, ESQ
24755 CHAGRIN BLVD, STE 200
CLEVELAND, OH 44122-5690

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Judge Russ Kendig |
| William Luke Eckard | ) | |
| Vicki Lynn Eckard | ) | Case No. 08-62626 |
| | ) | |
| Debtor(s) | ) ☐ | Chapter 13 Form Plan Summary |
| | ) ✓ | First          Amended Chapter 13 Plan |

**Read this carefully.** You are a party in interest in this bankruptcy case. This is a summary based upon a form plan adopted in this court. The full length form controls over the terms of this summary. Special Provisions (paragraph 1) are deviations from the form and should be read with special care. You may review the form plan at www.ohnb.uscourts.gov. The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1. **SPECIAL PROVISIONS:**

   A. Fees due counsel from the debtor, not otherwise paid through the plan, shall survive discharge and shall be subject to further order.

   ☐    Continued on attached separate page(s).

2. __13__ % to general unsecured creditors  (E9)

3. Assumed unexpired leases and executory contracts (B1)
   Creditor                              Description of asset or contract

   ☐    Continued on attached separate page(s).

   All other leases and executory contracts deemed rejected.

1

4. Mortgages or Judgment Liens - Ongoing Monthly Payment ( C, E3, E6)

| Creditor | Order of Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, by trustee or stripped & not secured |
|---|---|---|---|---|
| Firstmerit | 1st | 3531 Dapplegray St | $1,100.0 | Paid by debtor |
| Firstmerit | 2nd | 3531 Dapplegray St | $125.00 | Stripped AND not secured ✓ |
| | 3rd | | | |

☐ Continued on attached separate page(s).

5. Mortgage Arrears (E4)

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
| | | |
| | | |
| | | |

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-Mortgage claims to be paid full current balance (E5)

| Creditor: | Polaris |
|---|---|
| Date Incurred: | 2003 |
| Collateral: | 2003 Polaris Sportsman |
| Monthly Payment: | $50.00 |
| Interest Rate: | 6.50 |
| Estimated Balance: | $1,600.00 |

☐ Continued on attached separate page(s).

2

7. Liens to be crammed down but not stripped. (E7)

   Creditor: _____  _____  _____

   Date Incurred: _____  _____  _____

   Collateral: _____  _____  _____

   Monthly Payment: _____  _____  _____

   Interest Rate: _____  _____  _____

   Secured Value: _____  _____  _____

   ☐ Continued on attached separate page(s).

   **Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

8. Priority Claims to be paid in full and estimated as follows (E8)

   Creditor                  Source & Year            Amount

   ☐ Continued on attached separate page(s).

9. Payments to Trustee (D)

   The debtor will pay to the trustee $ 300.00  monthly for a minimum of 36 months, or all future disposable income, whichever is greater. Payments shall be by ■ Wage Order on employer ☐ By Debtor ("Private Pay") in the form of money order or certified check.

3

10. Attorney Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E)

/s/ William Luke Eckard  /s/ Vicki Lynn Eckard
Debtor's Signature - Name typed below   Debtor's Signature - Name typed below
/s/ William Luke Eckard   /s/ Vicki Lynn Eckard

/s/ John H. Hornbrook
Attorney's Signature - Name (state bar #), address, and phone typed below
/s/ John H. Hornbrook #0019917
1400 N. Market Avenue
Canton, Ohio 44714
(330) 456-0091

4